## HENSLEY v. COMMONWEALTH

(Decided September 24, 1929.)

Mont Walker for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for assault, imposing a fine of $100 and 10 days in jail.

Appeal denied; judgment affirmed.

## SKOLL v. COMMONWEALTH

(Decided September 24, 1929.)

R. L. Vincent and Bradley & Bradley, for movant.

J. W. Cammack, Attorney General, and Georgae H. Mitchell, Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $300 and 30 days in jail.

Appeal denied; judgment affirmed.

## BENTLEY v. COMMONWEALTH

(Decided September 27, 1929.)

John D. W. Collins for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of section 1256, Ky. Statutes, imposing a fine of $300.

Appeal denied; judgment affirmed.